1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  THOMAS A. HIGHTOWER,
11            Plaintiff,                  No. CIV S-04-0887 GEB GGH P
12       vs.
13  ARNOLD SCHWARZENEGGER, et al.,
14            Defendants.                 ORDER
15  _____/
16            On April 22, 2005, plaintiff filed a notice of appeal of the March 30, 2005, order
17  dismissing the following claims contained in his September 2, 2004, amended complaint: 1)
18  plaintiff's claim pursuant to the Americans with Disabilities Act (ADA) against defendant Sainz
19  (¶ 30); 2) defendants Douglas and Smith violated the First and Fourteenth Amendments and state
20  law (¶ 31); 3) defendants Hodges-Wilkins, Alameida, Schwarzenneger and Rianda violated the
21  First, Eighth and Fourteenth Amendments and state law (¶ 32); 4) defendants Sainz and Nelson
22  violated the First and Fourteenth Amendments and state law (¶ 34); 5) defendants
23  Schwarzenegger, Alameida, Hodges-Wilkins and Rianda admitted liability (¶ 35); 6) defendants
24  Bulanon and Douglas violated the First and Fourteenth Amendments and state law (¶ 36); 7)
25  defendant Douglas violated the Fourteenth Amendment and state law (¶ 37); 8) defendants
26  Williams and Sainz retaliated against plaintiff and violated the Eighth Amendment (¶ 37); 9)

1

defendant Knowles did not adequately respond to his administrative appeals (¶ 37); 10) defendants Knowles, Reyes, Rianda, Manuel, Hansen, Grannis, Alameida, Schwarzenegger retaliated against plaintiff, violated the Eighth and Fourteenth Amendment and state law (¶ 38); 11) the conditions at SATF are unconstitutional (¶ 38); 12) defendants Burton and Allen violated the First, Fourteenth and Eighth Amendments (¶ 39); 13) defendant Peneta violated the Fourteenth Amendment and state law (¶ 40); 14) defendant Jiminez violated plaintiff's constitutional rights (¶ 41); 15) defendant Givens violated the Eighth and Fourteenth Amendments as well as state law (¶ 42); 16) defendant Todd violated the Fourteenth Amendment and state law (¶ 43); 17) defendant Smith violated plaintiff's constitutional rights (¶ 43).

The court ordered service of the remaining claims in plaintiff's amended complaint.

On April 22, 2005, plaintiff filed a request for certification of his appeal pursuant to 28 U.S.C. § 1292(b) which provides, in relevant part,

> When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order.

The order plaintiff appeals does not involve a controlling question of law as to which there is substantial ground for difference of opinion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 22, 2005, request for certification of his appeal pursuant to 28 U.S.C. § 1292(b) is denied.

DATED: 5/19/05

/s/ Gregory G. Hollows

U.S. MAGISTRATE JUDGE

high887.app