IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

    Plaintiff,                  No. CIV S-04-0887 GEB GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        <u>ORDER</u>

                             /

        On May 31, 2005, plaintiff filed a request for an extension of time to file objections to the May 19, 2005, order denying his request for appointment of counsel. The court construes the request to be seeking an extension of time to file a request for reconsideration.

        Good cause appearing, IT IS HEREBY ORDERED that plaintiff's May 31, 2005, request for an extension of time is granted; plaintiff's request for reconsideration of the May 19, 2005, order is due thirty days from the date of this order.

DATED: 6/15/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

high887.eot