IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

     Plaintiff,                    No. CIV S-04-0887 GEB GGH P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants.             ORDER

_____/

        On July 5, 2005, plaintiff filed objections to the May 19, 2005, order by the magistrate judge denying his request for certification of his appeal. The court construes plaintiff's objections to be a request for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

1

1   Therefore, IT IS HEREBY ORDERED that, upon
2 reconsideration, the order of the magistrate judge filed May 19,
3 2005, is affirmed.
4 Dated:  July 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2