IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

        Plaintiff,                            No. CIV S-04-0887 GEB GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.                  <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2006, plaintiff filed a motion for a temporary restraining order and request to stay the scheduling order. Plaintiff alleged that on March 25, 2006, he was placed in administrative segregation (ad seg) after being accused of threatening a correctional officer. Plaintiff alleged that he did not have access to his legal property.

        On May 11, 2006, the court issued an order construing plaintiff's motion for injunctive relief as a request for a protective order. The court ordered plaintiff to inform the court within twenty days whether he had been granted access to his legal property regarding this action.

        On June 2, 2006, plaintiff filed a response to the May 11, 2006, order. Plaintiff states that on May 16, 2006, he was released from ad seg. Plaintiff states that he was issued all

1

of his legal property but for one box, which contains some of his papers regarding the instant action. Plaintiff states that he was told that this box was in the ad seg property room but there is no current regular ad seg property officer. It is likely that plaintiff has received this missing box of property by this time.

          Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, plaintiff shall inform the court whether he has received his missing box of legal property; if plaintiff has not received his property, the court will issue further orders.

DATED: 6/20/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
high887.ord(2)