UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　Defendants. | No. 2:04-CV-0887-GEB-GGH-P<br><br>**ORDER RE: REQUEST FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE** |

**ORDER**

　　　　Good cause having been shown, Defendants' request for a thirty-day extension of the dispositive motion deadline in this matter, is granted.

DATED:   7/17/06

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　U. S. Magistrate Judge

high887.eot(dis).wpd

1

Proposed Order RE: Request for Extension of Dispositive Motion Deadline