IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

     Plaintiff,                    No. CIV S-04-0887 GEB GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2006, plaintiff filed a motion for a temporary restraining order and request to stay the scheduling order. Plaintiff alleged that on March 25, 2006, he was placed in administrative segregation (ad seg) after being accused of threatening a correctional officer. Plaintiff alleged that he did not have access to his legal property.

      On May 11, 2006, the court issued an order construing plaintiff's motion for injunctive relief as a request for a protective order. The court ordered plaintiff to inform the court within twenty days whether he had been granted access to his legal property regarding this action.

      On June 2, 2006, plaintiff filed a response to the May 11, 2006, order. Plaintiff stated that on May 16, 2006, he was released from ad seg. Plaintiff stated that he was issued all

1

of his legal property but for one box, which contained some of his papers regarding the instant action. Plaintiff stated that he was told that this box was in the ad seg property room but there was no current regular ad seg property officer.

On June 21, 2006, the court ordered plaintiff to inform the court within ten days whether he had received his missing box of legal property. Ten days passed and plaintiff did not respond to the June 21, 2006, order. Accordingly, the court presumes that plaintiff has received all of his legal property regarding the instant action.

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 17, 2006, motion for injunctive relief, construed as a motion for a protective order, is denied.

DATED: 8/2/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
high887.po