1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   THOMAS A. HIGHTOWER,

11            Plaintiff,                  No. CIV S-04-0887 GEB GGH P

12        vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14            Defendants.                 <u>ORDER</u>

15   _____/

16            Defendants' July 12, 2006, motion for summary judgment has been submitted and

17   is pending.  The pretrial conference and jury trial set for October 27, 2006, and January 23, 2007,

18   respectively, are hereby vacated.  These dates will be reset upon resolution of the summary

19   judgment motion, if appropriate.

20   DATED: 11/14/06                      /s/ Gregory G. Hollows

21                                        _____
                                          UNITED STATES MAGISTRATE JUDGE
GGH:035
22   high0887.vac

23

24

25

26

                                          1