IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

      Plaintiff,                      No. CIV S-04-0887 GEB GGH P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.

_____/      <u>ORDER</u>

      Plaintiff is a state prisoner proceeding pro se. On February 18, 2005, the court ordered the U.S. Marshal to serve defendant Peneta. Service as to defendant Peneta was not returned and the U.S. Marshal has no records regarding service. Accordingly, the court re-orders service of this defendant.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court shall send plaintiff 1 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed September 2, 2004.

      2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

1

1            c. One completed USM-285 form for defendant Peneta; and

2            d. Two copies of the endorsed amended complaint filed September 2, 2004.

3. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 2/20/07                                       /s/ Gregory G. Hollows

                                                     GREGORY G. HOLLOWS  
                                                     UNITED STATES MAGISTRATE JUDGE

high887.1

1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  THOMAS A. HIGHTOWER,

11          Plaintiff,                    No. CIV S-04-0887 GEB GGH P

12      vs.

13  ARNOLD SCHWARZENEGGER, et al.,

14                                        NOTICE OF SUBMISSION

15          Defendants.                   OF DOCUMENTS

16  _____/

17          Plaintiff hereby submits the following documents in compliance with the court's

18  order filed _____:

19              ____    completed summons form

20              ____    completed USM-285 forms

21              ____    copies of the _____
                                     Complaint/Amended Complaint

22  DATED:

23

24
                                              _____
25                                            Plaintiff

26