IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

    Plaintiff,                                   No. CIV S-04-0887 GEB GGH P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                                  ORDER

_____/

    Plaintiff has requested an extension of time to file his objections to the February 20, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 8, 2007 request for an extension of time is granted; and

    2. Plaintiff is granted twenty days from the date of this order in which to file his objections to the February 20, 2007 findings and recommendations.

DATED: 3/20/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
high0887.36