IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS A. HIGHTOWER,

    Plaintiff,               2:04-cv-0887-GEB-GGH-P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        ORDER

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 20, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 20, 2007, are adopted in full;

2. Defendants' July 12, 2006, motion to dismiss the claims against defendants Todd, Burton and Allen based on plaintiff's failure to exhaust administrative remedies is granted; and

3. Defendants' July 12, 2006, motion for summary judgment as to defendants Sainz, Smith, Douglas, Nelson, Williams and Bulanon is granted.

Dated: May 1, 2007

GARLAND E. BURRELL, JR.
United States District Judge