1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10  THOMAS A. HIGHTOWER,
11          Plaintiff,                        No. CIV S-04-0887 GEB GGH P
12      vs.
13  ARNOLD SCHWARZENEGGER,, et al.,
14          Defendants.                       FINDINGS & RECOMMENDATIONS
15  _____/
16          By an order filed February 20, 2007, this court ordered plaintiff to complete and
17  return to the court, within thirty days, the USM-285 forms necessary to effect service on
18  defendant Peneta.  That thirty day period has since passed, and plaintiff has not responded in any
19  way to the court's order.
20          IT IS HEREBY RECOMMENDED that defendant Peneta be dismissed from this
21  action without prejudice.  See Fed. R. Civ. P. 41(b).
22          These findings and recommendations will be submitted to the United States
23  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
24  twenty days after being served with these findings and recommendations, plaintiff may file
25  written objections with the court.  The document should be captioned "Objections to Findings
26  and Recommendations."   Plaintiff is advised that failure to file objections within the specified

1

1  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2  (9th Cir. 1991).
3  DATED:  5/15/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
high0887.fusm