UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



FILED

SEP 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

| | |
|---|---|
| THOMAS A. HIGHTOWER,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER; et al.,<br><br>Defendants - Appellees. | No. 07-16522<br>D.C. No. CV-04-00887-GEB<br><br>**ORDER** |

This appeal has been taken in good faith    [X]

This appeal is not taken in good faith    [ ]


Explanation: _____

_____

_____


_____
GREGORY G. HOLLOWS
Judge
United States District Court

Date: Sep. 26, 2007